IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No. 8:09CR231 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| MARK BALL, | ) | |
| Defendant. | ) | |

Before the court is defendant's unopposed Motion to Extend Self Surrender Date (Filing No. 36). After review of the motion and consultation with defendant's probation officer, the court grants an extension of time **until on or after March 25, 2010,** in which to self-surrender to the Bureau of Prisons.

SO ORDERED.

Dated this 16th day of February, 2010.

BY THE COURT:

s/Joseph F. Bataillon
Chief District Judge